**KATHERINE CONNOLLY** (SBN 313640)
katie.connolly@nortonrosefulbright.com
NORTON ROSE FULBRIGHT US LLP
555 California Street, Suite 3300
San Francisco, CA 94140
Tel. (628) 231-6800

**DANIEL MCNEEL LANE, JR.** (*Pro Hac Vice*)
neel.lane@nortonrosefulbright.com
NORTON ROSE FULBRIGHT US LLP
111 W. Houston Street, Suite 1800
San Antonio, TX 78205
Tel. (210) 224-5575

**JEANNIE NGUYEN** (*Pro Hac Vice*)
jeannie.nguyen@nortonrosefulbright.com
NORTON ROSE FULBRIGHT US LLP
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Tel. (713) 651-5151

Attorneys for Plaintiff
HISCOX SYNDICATES LIMITED

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HISCOX SYNDICATES LIMITED, a Private Limited Company formed in England,<br><br>Plaintiff,<br><br>vs.<br><br>SAMUEL BANKMAN-FRIED, NISHAD SINGH, RAMNIK ARORA, CLAIRE WATANABE, HOWARD ANDREW FISHER, AMY WU, ZIXIAO (GARY) WANG, RYAN SALAME, CAN SUN, CONSTANCE ZHE WANG, LUK WAI (JEN) CHAN, NATALIE TIEN, ZANE TACKETT, ZHONGYUAN (DAVID) MA, DANIEL FRIEDBERG, ROBIN MATZKE, PATRICK GRUHN, ROSS RHEINGANS-YOO, NICHOLAS BECKSTEAD, and JONATHAN CHEESMAN,<br><br>Defendants. | Case No. 4:23-cv-04033-HSG<br><br>**STIPULATION AND ORDER FOR STAY AND DEPOSIT OF INTERPLEADER FUNDS**<br><br>Complaint Filed:     08/09/2023<br>First Am. Compl.    08/10/2023 |

Pursuant to Rules 6-1, 6-2, and 7-1 of the Civil Local Rules of the Unites States District Court, Northern District of California, Plaintiff Hiscox Syndicates Limited ("Plaintiff") and Defendants Samuel Bankman-Fried, Nishad Singh, Ramnik Arora, Claire Watanabe, Amy Wu, Zixiao (Gary) Wang, Ryan Salame, Can Sun, Constance Zhe Wang, Luk Wai (Jen) Chan, Natalie Tien, Zane Tackett, Daniel Friedberg, Robin Matzke, Patrick Gruhn, Ross Rheingans-Yoo, Nicholas Beckstead, and Jonathan Cheesman (collectively the "Defendants", together the "Parties")[1] hereby stipulate and request an order as follows:

WHEREAS Plaintiff filed an amended complaint on August 10, 2023 against Defendants;

WHEREAS the Parties have filed four previous stipulations for extensions of time for Defendants to move, answer, or otherwise respond to the amended complaint on October 16, 2023, October 26, 2023, November 3, 2023, and November 13, 2023 (ECF. Nos. 41, 45, 49, 57);

WHEREAS the Court entered the Parties' Stipulation and Order extending the deadline for Defendants to respond to Plaintiff's Amended Complaint to December 1, 2023 and the deadline for the Parties to file a Rule 26(f) Report and Case Management Statement shall be extended to December 8, 2023 (ECF. No. 58);

WHEREAS the Court continued the Case Management Conference to December 19, 2023;

WHEREAS the Parties have reached a settlement and anticipate presenting a proposed order resolving this interpleader action to the Court within five business days;

WHEREAS the Parties wish to clarify their obligations with the Court and avoid the cost and expense of further discovery and case-management proceedings while the Court considers the Parties' proposed resolution of this interpleader action;

WHEREAS Local Rules 6-1 and 6-2 provide that parties may stipulate to continue certain deadlines and events fixed by Court order, subject to approval by the Court;

WHEREAS Local Rule 7-1 provides that parties may present a request to the Court for an order by stipulation pursuant to Local Rule 7-12;

---

[1] The Parties to this stipulation do not include Defendant Howard Andrew Fisher, who has been dismissed from this action, and Defendant Zhongyuan (David) Ma, whose current whereabouts and contact information are unknown.

WHEREAS, under the Court's General Order 31, no funds shall be sent to, or accepted by, the Court or its officers for deposit in the Court's Registry Investment System ("CRIS") without an order signed by the presiding judge in the case or proceeding;

WHEREAS the Parties agree that entering this stipulation does not constitute a general appearance by Defendants in this litigation;

WHEREFORE, for the foregoing reasons, the Parties stipulate that the deadlines set forth in the Stipulation and Order signed by the Court on November 13, 2023 (ECF. No. 58) be **STAYED** pending the Court's consideration and ruling on the Parties' forthcoming proposed resolution of this interpleader action;

WHEREFORE, for the foregoing reasons, the Parties stipulate that Plaintiff's Administrative Motion to Interplead Funds (ECF. No. 9) be **GRANTED** and that the Proposed Order attached hereto, which was previously filed in the above-captioned action as ECF No. 9-1, be entered by this Court.

Dated:  November 22, 2023            **NORTON ROSE FULBRIGHT US LLP**

                                     By:   */s/ Daniel McNeel Lane, Jr.*
                                           Daniel McNeel Lane, Jr.

                                     Attorney for Plaintiff
                                     HISCOX SYNDICATES LIMITED

Dated:  November 21, 2023            **FARELLA BRAUN + MARTEL, LLP**

                                     By:   */s/Shanti Eagle*
                                           Shanti Eagle

                                     Attorney for Defendant
                                     RAMNIK ARORA

| | |
|---|---|
| Dated:  November 21, 2023 | **COHEN & GRESSER LLP** |
| | By: */s/ Benjamin Zhu* |
| | Douglas J. Pepe |
| | Benjamin Zhu |
| | Attorneys for Defendant |
| | SAMUEL BANKMAN-FRIED |
| Dated:  November 21, 2023 | **COBLENTZ PATCH DUFFY & BASS LLP** |
| | By: */s/ Benjamin C. Pulliam* |
| | Benjamin C. Pulliam |
| | Franklin Cordell |
| | Attorneys for Defendant |
| | DANIEL FRIEDBERG |
| Dated:  November 21, 2023 | **GOETZ FITZPATRICK LLP** |
| | By: */s/ Scott D. Simon* |
| | Scott D. Simon |
| | Attorney for Defendant |
| | ROSS RHEINGANS-YOO |
| Dated:  November 21, 2023 | **JASSY VICK CAROLAN LLP** |
| | By: */s/ William T. Um* |
| | William T. Um |
| | Attorney for Defendant |
| | NISHAD SINGH |
| Dated:  November 22, 2023 | **BAKER & MCKENZIE LLP** |
| | By: */s/ Ronald L. Ohren* |
| | Ronald L. Ohren |
| | Attorney for Defendant |
| | CLAIRE WATANABE |

| | |
|---|---|
| Dated: November 21, 2023 | **STEPTOE & JOHNSON LLP** |
| | By: */s/ Jennifer Karpinski (Singh)* |
| | Jennifer Karpinski (Singh) |
| | Attorney for Defendants<br>CAN SUN, CONSTANCE ZHE WANG, LUK WAI (JEN) CHAN, NATALIE TIEN, and ZANE TACKETT |
| Dated: November 21, 2023 | **THE DALEY LAW FIRM, LLC** |
| | By: */s/ Samantha Neal* |
| | Darrell M. Daley<br>Samantha Neal |
| | Attorney for Defendants<br>PATRICK GRUHN and ROBIN MATZKE |
| Dated: November 21, 2023 | **CLARK SMITH VILLAZOR LLP** |
| | By: */s/ Rodney Villazor* |
| | Rodney Villazor<br>(CA Bar No. 310212) |
| | Attorneys for Defendant<br>JONATHAN CHEESMAN |
| Dated: November 21, 2023 | **KELLER BENVENUTTI KIM LLP** |
| | By: */s/ Dara L. Silveira* |
| | Dara L. Silveira<br>Jane Kim |
| | Attorneys for Defendant<br>NICHOLAS BECKSTEAD |
| Dated: November 21, 2023 | **MAYER BROWN LLP** |
| | By: */s/ Andrew J. Demko* |
| | Andrew J. Demko |
| | Attorney for Defendant<br>RYAN SALAME |

| | | |
|---|---|---|
| 1 | Dated: November 22, 2023 | **COHEN ZIFFER FRENCHMAN & MCKENNA LLP** |
| | | By:  /s/ John R. Hazelwood |
| | | John R. Hazelwood |
| | | (CA Bar No. 337988) |
| | | Attorney for Defendant |
| | | ZIXIAO (GARY) WANG |
| | Dated: November 21, 2023 | **K&L GATES LLP** |
| | | By:  /s/ Jason N. Haycock |
| | | Jason N. Haycock |
| | | (CA Bar: 278983) |
| | | Jonathan Theonugraha |
| | | (CA Bar: 306812) |
| | | Steven P. Wright |
| | | (*pro hac vice* to be filed) |
| | | Attorneys for Defendant |
| | | AMY WU |

PURSUANT TO STIPULATION, **IT IS SO ORDERED** ON THE 28th DAY OF NOVEMBER 2023.

_____
HON. HAYWOOD S. GILLIAM, JR.