UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HISCOX SYNDICATES LIMITED, a Private Limited Company formed in England,<br><br>Plaintiff,<br><br>vs.<br><br>SAMUEL BANKMAN-FRIED, NISHAD SINGH, RAMNIK ARORA, CLAIRE WATANABE, HOWARD ANDREW FISHER, AMY WU, ZIXIAO (GARY) WANG, RYAN SALAME, CAN SUN, CONSTANCE ZHE WANG, LUK WAI (JEN) CHAN, NATALIE TIEN, ZANE TACKETT, ZHONGYUAN (DAVID) MA, DANIEL FRIEDBERG, ROBIN MATZKE, PATRICK GRUHN, ROSS RHEINGANS-YOO, NICHOLAS BECKSTEAD, and JONATHAN CHEESMAN,<br><br>Defendants. | Case No. 4:23-cv-04033-HSG<br><br>**ORDER DIRECTING CLERK TO ACCEPT DEPOSIT OF INTERPLEADER FUNDS**<br><br>**[28 USC § 1335]**<br><br>Complaint Filed:      08/09/2023<br>First Am. Compl.     08/10/2023 |

IT IS HEREBY ORDERED, pursuant to 28 U.S.C. §1335 and Rule 67 of the Federal Rules of Civil Procedure, that the interpleader funds in the amount of $ 5,000,000.00 be deposited by Plaintiff Hiscox Syndicates Limited in the above-captioned case with the Court Registry Investment System ("CRIS") Disputed Ownership Fund ("DOF"). Plaintiff has no ownership interest in the funds deposited.

☐ [CHECK IF APPLICABLE.] IT IS FURTHER ORDERED that, of this total deposit, $_____ is subject to Movant's claim for attorneys' fees, pending entry of an order allowing the claim, approving the amount, and authorizing disbursement.

IT IS FURTHER ORDERED that these funds shall be administered by the Administrative Office of the United States Courts, which shall be authorized to collect the DOF fee and to meet all DOF tax administration requirements in accordance with the Court's General Order 31.

1   IT IS SO ORDERED.

2   Dated: 11/28/2023

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge