UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HISCOX SYNDICATES LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>SAMUEL BANKMAN-FRIED, et al.,<br><br>Defendants. | Case No. 23-cv-04033-HSG<br><br>**ORDER REGARDING ADMINISTRATIVE MOTION FOR ORDER RESOLVING INTERPLEADER ACTION AND ASSOCIATED MOTION TO SEAL**<br><br>Re: Dkt. Nos. 62, 63 |

Pending before the Court is Plaintiff's administrative motion for an order resolving the interpleader action. Dkt. Nos. 62. The Court does not take issue with the mediation outcome or the substance of the proposed order, but is of the view that clarity would be best served by presenting the agreement differently. In lieu of an administrative motion covering all parties, the Court **DIRECTS** Plaintiff to file the following by December 20, 2023: (1) a stipulation agreeing to the proposed resolution of the interpleader action as to the settling parties identified in the Proposed Approval Order (Dkt. No. 62-4); and (2) an administrative motion seeking resolution of the interpleader action as to Defendant David Ma, who appears to be the only Defendant from whom a stipulation cannot reasonably be obtained. *See* Dkt. No. 62-2 ¶10.

This order **TERMINATES** the administrative motion, Dkt. No. 62, as well as the associated motion to seal, Dkt. No. 63.

**IT IS SO ORDERED.**

Dated: 12/5/2023

HAYWOOD S. GILLIAM, JR.
United States District Judge