UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HISCOX SYNDICATES LIMITED, a Private Limited Company formed in England,<br><br>Plaintiff,<br><br>vs.<br><br>SAMUEL BANKMAN-FRIED, NISHAD SINGH, RAMNIK ARORA, CLAIRE WATANABE, HOWARD ANDREW FISHER, AMY WU, ZIXIAO (GARY) WANG, RYAN SALAME, CAN SUN, CONSTANCE ZHE WANG, LUK WAI (JEN) CHAN, NATALIE TIEN, ZANE TACKETT, ZHONGYUAN (DAVID) MA, DANIEL FRIEDBERG, ROBIN MATZKE, PATRICK GRUHN, ROSS RHEINGANS-YOO, NICHOLAS BECKSTEAD, and JONATHAN CHEESMAN,<br><br>Defendants. | Case No. 4:23-cv-04033-HSG<br><br>**ORDER AS MODIFIED RESOLVING INTERPLEADER ACTION AS TO ZHONGYUAN (DAVID) MA**<br><br>Complaint Filed:     08/09/2023<br>First Am. Compl.    08/10/2023 |

Having considered Plaintiff's Administrative Motion Resolving Interpleader Action as to Defendant Zhongyuan (David) Ma, the record, and the applicable law, the Court hereby GRANTS the requested relief. Mr. Ma is dismissed without prejudice from this interpleader action, subject to the Court's entry of the Stipulation Resolving Interpleader Action (the "Stipulation") (ECF No. 67). As provided by the Stipulation signed and entered by the Court (ECF No. 72), Mr. Ma may submit information and request payment from the Future Claimant Set Aside pursuant to an order from the Court.

//

//

//

//

//

The Clerk is directed to closed the case.

**IT IS SO ORDERED.**

Dated: December 21, 2023

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge