1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HISCOX SYNDICATES LIMITED, a Private Limited Company formed in England,<br><br>Plaintiff,<br><br>vs.<br><br>SAMUEL BANKMAN-FRIED, NISHAD SINGH, RAMNIK ARORA, CLAIRE WATANABE, HOWARD ANDREW FISHER, AMY WU, ZIXIAO (GARY) WANG, RYAN SALAME, CAN SUN, CONSTANCE ZHE WANG, LUK WAI (JEN) CHAN, NATALIE TIEN, ZANE TACKETT, ZHONGYUAN (DAVID) MA, DANIEL FRIEDBERG, ROBIN MATZKE, PATRICK GRUHN, ROSS RHEINGANS-YOO, NICHOLAS BECKSTEAD, and JONATHAN CHEESMAN,<br><br>Defendants. | Case No. 4:23-cv-04033-HSG<br><br>**ORDER AS MODIFIED GRANTING ADMINISTRATIVE MOTION TO FILE EXHIBIT A TO AMENDED STIPULATION RESOLVING INTERPLEADER ACTION UNDER SEAL**<br><br>**No Hearing Unless Requested By Court**<br><br>Complaint Filed:      08/09/2023<br>First Am. Compl.      08/10/2023 |

DOCUMENT PREPARED ON RECYCLED PAPER

ORDER AS MODIFIED GRANTING ADMINISTRATIVE MOTION TO FILE EXHIBIT A TO AMENDED STIPULATION RESOLVING INTERPLEADER ACTION UNDER SEAL

| Docket No. Public/(Sealed) | Document | Portion(s) Sought to be Sealed | Evidence Offered in Support of Sealing | Ruling |
|---|---|---|---|---|
| Docket No. 75-1/ (Docket No. 76-3) | Exhibit A to Amended Stipulation Resolving Interpleader Action | Entirety of 1-page Amended Payment Schedule attached as Exhibit A | Connolly Declaration at para. 4<br><br>Murphy Declaration (Docket No. 67-1) | **Granted**. The Parties have adequately shown that there are compelling reasons (including that it was negotiated during confidential settlement discussions) to protect from disclosure the narrowly tailored 1-page Amended Payment Schedule attached to the Amended Stipulation Resolving Interpleader Action. |

**IT IS SO ORDERED.**

Dated:   1/17/2024

HAYWOOD S. GILLIAM, JR.
United States District Judge

DOCUMENT PREPARED
ON RECYCLED PAPER