1  JENNIFER RANDLETT MADDEN (SBN 184905)
   DELFINO MADDEN O'MALLEY COYLE
2  & KOEWLER LLP
   500 Capitol Mall, Suite 1550
3  Sacramento, CA  95814
   Telephone:     (916) 661-5700
4  Facsimile:      (916) 661-5701
   Email: jmadden@delfinomadden.com
5

6  Attorneys for Defendant
   ROSS RHEINGANS-YOO
7

8  **UNITED STATES DISTRICT COURT**

9  **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10

11 | HISCOX SYNDICATES LIMITED, | Case No.  4:23-cv-04033-HSG |
    a Private Limited Liability Company
12  formed in England

13              Plaintiffs,   | **ORDER DIRECTING REIMBURSEMENT FROM COURT'S REGISTRY (as modified)**

14       v.

15  SAMUEL BANKMAN-FRIED, NISHAD  | **No Hearing Unless Requested By Court**
    SINGH, RAMNIK ARORA, CLAIRE
16  WATANABE, HOWARD ANDREW       | Complaint Filed:       August 9, 2023
    FISHER, AMY WU, ZIXIAO (GARY) | First Am. Complaint:  August 10, 2023
17  WANG, RYAN SALAME, CAN SUN,
18  CONSTANCE ZHE WANG, LUK WAI
    (JEN) CHAN, NATALIE TIEN, ZANE
19  TACKETT, ZHONGYUAN (DAVID)
    MA, DANIEL FRIEDBERG, ROBIN
20  MATZKE, PATRICK GRUHN, ROSS
21  RHEINGANS-YOO, NICHOLAS
    BECKSTEAD, and JONATHAN
22  CHEESMAN

23              Defendants.

24
25
26
27
28

1    WHEREAS Plaintiff Hiscox Syndicates Limited paid the proceeds of a certain insurance policy into the Registry of the Court pursuant to a so-ordered stipulation dated December 21, 2023 (ECF No. 72, "Stipulation"); and

WHEREAS the Stipulation identifies certain Defendants as the "WBR Claimants," each of whom are entitled to reimbursement of defense costs up to one-third of the "WBR Set Aside," as those terms are defined in the Stipulation; and

WHEREAS Ross Rheingans-Yoo ("Ross") is identified in the Stipulation as a WBR Claimant; and

WHEREAS the Stipulation provides that WBR Claimants "shall make requests for distribution of the WBR Set Aside by letter to the Court filed on the docket and attaching summary invoices for the Court's review;" and

WHEREAS by pleading filed on March 4, 2024, Ross docketed a request to receive reimbursement from the WBR Set Aside portion of the Court's Registry in the amount of $46,524.07, which request was supported by summary invoices of his defense costs, as required by the Stipulation; and

WHEREAS the Court has reviewed the summary invoices submitted by Ross, together with any additional information requested, and determined that Ross is entitled to reimbursement of $46,524.07; and

WHEREAS Ross provided the Court with an executed Form AO 213P (Request for Payee Information and TIN Certification) and IRS Form W-9.

WHEREFORE, for the foregoing reasons, the Clerk of the Court is ORDERED to pay the sum of $46,524.07 to Ross Rheingans-Yoo by electronic funds transfer in accordance with the EFT information provided on the Form AO 213P.

**IT IS SO ORDERED.**  The Finance Department is directed to withdraw the funds from the principal.

Dated: _____3/5/2024_____

United States District Judge
Hon. Haywood S. Gilliam, Jr.