**KELLER BENVENUTTI KIM LLP**
JANE KIM (Cal. Bar No. 298192)
(jkim@kbkllp.com)
DARA L. SILVEIRA (Cal. Bar No. 274923)
(dsilveira@kbkllp.com)
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone: (415) 496-6723
Facsimile: (650) 636-9251

*Attorneys for Defendant Nicholas Beckstead*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| HISCOX SYNDICATES LIMITED, a Private Limited Liability Company formed in England<br><br>Plaintiffs,<br><br>v.<br><br>SAMUEL BANKMAN-FRIED, NISHAD SINGH, RAMIK ARORA, CLAIRE WATANABE, HOWARD ANDREW FISHER, AMY WU, ZIXIAO (GARY) WANG, RYAN SALAME, CAN SUN, CONSTANCE ZHE WANG, LUK WAI (JEN) CHAN, NATALIE TIEN, ZANE TACKETT, ZHONGYUAN (DAVID) MA, DANIEL FRIEDBERG, ROBIN MATZKE, PATRICK GRUHN, ROSS RHEINGANS-YOO, NICHOLAS BECKSTEAD, and JONATHAN CHEESMAN<br><br>Defendants. | Case No. 4:23-cv-04033-HSG<br><br>**ORDER DIRECTING REIMBURSEMENT FROM COURT'S REGISTRY**<br><br>**No Hearing Unless Requested By Court**<br><br>Complaint Filed:  August 9, 2023<br>First Am. Complaint: August 10, 2023 |

1  WHEREAS Hiscox Syndicates Limited, plaintiff in the above-captioned interpleader action, paid the proceeds of a certain insurance policy into the Registry of the Court pursuant to the *Amended Stipulation Resolving Interpleader Action; Order* [Docket No. 78] (the "Stipulation and Order"), dated January 17, 2024

WHEREAS the Stipulation and Order identifies certain defendants in the above-captioned interpleader action as the "WBR Claimants," each of whom are entitled to reimbursement of defense costs up to one-third of the "WBR Set Aside" and the "Future Claimant Set Aside" as those terms are defined in the Stipulation and Order and

WHEREAS Nicholas Beckstead ("Beckstead") is identified in the Stipulation and Order as a WBR Claimant and

WHEREAS the Stipulation provides that WBR Claimants "shall make requests for distribution of the WBR Set Aside by letter to the Court filed on the docket and attaching summary invoices for the Court's review" and

WHEREAS by Beckstead filed the *Request for Reimbursement from Court's Registry* [Docket No. ] (the "Request") on March 21, 2024, through which he requested payment of defense costs in a total amount of $99,519.19, which Request was supported by summary invoices of his defense costs, as required by the Stipulation and Order and

WHEREAS the Court has reviewed the summary invoices submitted as Exhibit A to the Request, together with any additional information requested, and determined that Beckstead is entitled to reimbursement of $99,519.19 and

WHEREAS Beckstead provided the Court with an executed Form AO 213P (Request for Payee Information and TIN Certification) and IRS Form W-9.

WHEREFORE, for the foregoing reasons, the Clerk of the Court is ORDERED to pay the sum of $99,519.19 to Nicholas Beckstead by electronic funds transfer in accordance with the EFT information provided on the Form AO 213P.

**IT IS SO ORDERED**.  The Finance Department is directed to withdraw the funds from the principal.

//

Dated: 3/22/2024

*Haywood S. Gilliam, Jr.*
United States District Judge
Hon. Haywood S. Gilliam, Jr.