**BAKER & McKENZIE LLP**
Jessica Nall (State Bar No. 215149)
Two Embarcadero Center 11th Floor
San Francisco, CA 94111-3802
Telephone: (415) 576 3000
Facsimile: (415) 576 3099
Email: jessica.nall@bakermckenzie.com

Ronald L. Ohren
300 East Randolph Suite 5000
Chicago, IL  60601
Telephone: (312) 861-8854
Facsimile: (312) 698-2327
Email: ronald.ohren@bakermckenzie.com

Attorneys for Defendant, *Claire Watanabe*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HISCOX SYNDICATES LIMITED, a Private Limited Liability Company formed in England,<br><br>Plaintiff,<br><br>v.<br><br>SAMUEL BANKMAN-FRIED, NISHAD SINGH, RAMIK ARORA, CLAIRE WATANABE, HOWARD ANDREW FISHER, AMY WU, ZIXIAO (GARY) WANG, RYAN SALAME, CAN SUN, CONSTANCE ZHE WANG, LUK WAI (JEN) CHAN, NATALIE TIEN, ZANE TACKETT, ZHONGYUAN (DAVID) MA, DANIEL FRIEDBERG, ROBIN MATZKE, PATRICK GRUHN, ROSS RHEINGANSYOO, NICHOLAS BECKSTEAD, and JONATHAN CHEESMAN,<br><br>Defendants. | Case No. 4:23-cv-04033-HSG<br><br>**ORDER DIRECTING REIMBURSEMENT FROM COURT REGISTRY (RE DEFENDANT CLAIRE WATANABE) (as modified)**<br><br>**No Hearing Unless Requested By Court**<br><br>Complaint Filed: August 9, 2023<br>First Am. Complaint: August 10, 2023 |

1  WHEREAS Hiscox Syndicates Limited, plaintiff in the above-captioned interpleader action, paid the proceeds of a certain insurance policy into the Registry of the Court pursuant to the Amended Stipulation Resolving Interpleader Action; Order [Docket No. 78] (the "Amended Stipulation and Order"), dated January 17, 2024; and

WHEREAS the Amended Stipulation and Order identifies certain defendants in the above-captioned interpleader action as the "WBR Claimants," each of whom are entitled to reimbursement of unpaid defense costs up to one-third of the "WBR Set Aside" and the "Future Claimant Set Aside," as those terms are defined in the Amended Stipulation and Order; and

WHEREAS Claire Watanabe ("Watanabe") is identified in the Amended Stipulation and Order as a WBR Claimant; and

WHEREAS the Amended Stipulation and Order provides that WBR Claimants "shall make requests for distribution of the WBR Set Aside by letter to the Court filed on the docket and attaching summary invoices for the Court's review;" and

WHEREAS Watanabe filed the Request for Reimbursement from Court Registry [Docket No. 89] (the "Request") on April 1, 2024, through which she requested payment of unpaid defense costs in the amount of $58,345.68, which was supported by summary invoices reflecting those unpaid defense costs (Exhibit A to the Request), as required by the Amended Stipulation and Order; and

WHEREAS the Court has reviewed the summary invoices, together with any additional information requested, and has determined that Watanabe is entitled to reimbursement of $58,345.68; and

WHEREAS Watanabe provided the Court with an executed Form AO 213P (Request for Payee Information and TIN Certification) and IRS Form W-9.

/ /

/ /

/ /

/ /

WHEREFORE, for the foregoing reasons, the Clerk of the Court is **ORDERED** to pay the sum of $58,345.68 to Claire Watanabe by electronic funds transfer in accordance with the EFT information provided on the Form AO 213P. The Finance Department is directed to withdraw the funds from the principal.

IT IS SO ORDERED.

Dated: 4/3/2024

*[signature: Haywood S. Gilliam, Jr.]*
United States District Judge
Hon. Haywood S. Gilliam, Jr.