| | |
|---|---|
| 1 | JENNIFER RANDLETT MADDEN (SBN 184905) |
| 2 | DELFINO MADDEN O'MALLEY COYLE & KOEWLER LLP |
| 3 | 500 Capitol Mall, Suite 1550 Sacramento, CA 95814 |
| 4 | Telephone: (916) 661-5700 Facsimile: (916) 661-5701 |
| 5 | Email: jmadden@delfinomadden.com |
| 6 | Attorneys for Defendant ROSS RHEINGANS-YOO |

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HISCOX SYNDICATES LIMITED, a Private Limited Liability Company formed in England<br><br>Plaintiffs,<br><br>v.<br><br>SAMUEL BANKMAN-FRIED, NISHAD SINGH, RAMNIK ARORA, CLAIRE WATANABE, HOWARD ANDREW FISHER, AMY WU, ZIXIAO (GARY) WANG, RYAN SALAME, CAN SUN, CONSTANCE ZHE WANG, LUK WAI (JEN) CHAN, NATALIE TIEN, ZANE TACKETT, ZHONGYUAN (DAVID) MA, DANIEL FRIEDBERG, ROBIN MATZKE, PATRICK GRUHN, ROSS RHEINGANS-YOO, NICHOLAS BECKSTEAD, and JONATHAN CHEESMAN<br><br>Defendants. | Case No. 4:23-cv-04033-HSG<br><br>**PROPOSED ORDER DIRECTING SECOND REIMBURSEMENT FROM COURT'S REGISTRY**<br><br>**No Hearing Unless Requested By Court**<br><br>Complaint Filed:       August 9, 2023<br>First Am. Complaint:  August 10, 2023 |

WHEREAS Plaintiff Hiscox Syndicates Limited paid the proceeds of a certain insurance policy into the Registry of the Court pursuant to a so-ordered stipulation dated December 21, 2023 (ECF No. 72, "Stipulation"); and

WHEREAS the Stipulation identifies certain Defendants as the "WBR Claimants," each of whom are entitled to reimbursement of defense costs up to $66,666.67 from the "WBR Set Aside" and $33,333.33 from the "Future Claimant Set Aside," as those terms are defined in the Stipulation, for a total of $100,000 in defense costs; and

WHEREAS Ross Rheingans-Yoo ("Ross") is identified in the Stipulation as a WBR Claimant; and

WHEREAS the Stipulation provides that WBR Claimants "shall make requests for distribution of the WBR Set Aside by letter to the Court filed on the docket and attaching summary invoices for the Court's review;" and

WHEREAS by pleading filed on March 4, 2024, Ross docketed a request to receive reimbursement from the WBR Set Aside portion of the Court's Registry in the amount of $46,524.07, which request was supported by summary invoices of his defense costs, as required by the Stipulation; and

WHEREAS on March 5, 2024, the Court entered an order (ECF No. 85) determining that Ross was entitled to reimbursement of $46,524.07 and directing the Clerk of the Court and Finance Department to electronically transfer such funds to Ross; and

WHEREAS on May 6, 2024, Ross docketed a request to receive reimbursement from the WBR Set Aside and Future Claimant Set Aside portions of the Court's Registry in the amount of $25,701.47, which request was supported by summary invoices of his defense costs, as required by the Stipulation; and

WHEREAS the Court reviewed the summary invoices submitted by Ross, together with any additional information requested, and determined that Ross is entitled to reimbursement of $25,701.47; and

///

///

1    WHEREAS Ross, in connection with his March 5, 2024 pleading, already provided the
2 Court with an executed Form AO 213P (Request for Payee Information and TIN Certification) and
3 IRS Form W-9.

4    WHEREFORE, for the foregoing reasons, the Clerk of the Court is ORDERED to pay the
5 sum of $25,701.47 to Ross Rheingans-Yoo by electronic funds transfer in accordance with the EFT
6 information provided on the Form AO 213P.

7    **IT IS SO ORDERED**. The Finance Department is directed to withdraw the funds.

9  Dated:   5/8/2024

   _____
   United States District Judge
   Hon. Haywood S. Gilliam, Jr.