JENNIFER RANDLETT MADDEN (SBN 184905)
DELFINO MADDEN O'MALLEY COYLE
& KOEWLER LLP
500 Capitol Mall, Suite 1550
Sacramento, CA  95814
Telephone:    (916) 661-5700
Facsimile:     (916) 661-5701
Email: jmadden@delfinomadden.com

Attorneys for Defendant
ROSS RHEINGANS-YOO

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HISCOX SYNDICATES LIMITED, a Private Limited Liability Company formed in England<br><br>Plaintiffs,<br><br>v.<br><br>SAMUEL BANKMAN-FRIED, NISHAD SINGH, RAMNIK ARORA, CLAIRE WATANABE, HOWARD ANDREW FISHER, AMY WU, ZIXIAO (GARY) WANG, RYAN SALAME, CAN SUN, CONSTANCE ZHE WANG, LUK WAI (JEN) CHAN, NATALIE TIEN, ZANE TACKETT, ZHONGYUAN (DAVID) MA, DANIEL FRIEDBERG, ROBIN MATZKE, PATRICK GRUHN, ROSS RHEINGANS-YOO, NICHOLAS BECKSTEAD, and JONATHAN CHEESMAN<br><br>Defendants. | Case No.  4:23-cv-04033-HSG<br><br>**ORDER DIRECTING SECOND REIMBURSEMENT FROM COURT'S REGISTRY**<br><br>**No Hearing Unless Requested By Court**<br><br>Complaint Filed:        August 9, 2023<br>First Am. Complaint:  August 10, 2023 |

1    WHEREAS Plaintiff Hiscox Syndicates Limited paid the proceeds of a certain insurance
2    policy into the Registry of the Court pursuant to a so-ordered stipulation dated December 21, 2023
3    (ECF No. 72, "Stipulation"); and

4    WHEREAS the Stipulation identifies certain Defendants as the "WBR Claimants," each of
5    whom are entitled to reimbursement of defense costs up to $66,666.67 from the "WBR Set Aside"
6    and $33,333.33 from the "Future Claimant Set Aside," as those terms are defined in the Stipulation,
7    for a total of $100,000 in defense costs; and

8    WHEREAS Ross Rheingans-Yoo ("Ross") is identified in the Stipulation as a WBR
9    Claimant; and

10   WHEREAS the Stipulation provides that WBR Claimants "shall make requests for
11   distribution of the WBR Set Aside by letter to the Court filed on the docket and attaching summary
12   invoices for the Court's review;" and

13   WHEREAS by pleading filed on March 4, 2024, Ross docketed a request to receive
14   reimbursement from the WBR Set Aside portion of the Court's Registry in the amount of
15   $46,524.07, which request was supported by summary invoices of his defense costs, as required by
16   the Stipulation; and

17   WHEREAS on March 5, 2024, the Court entered an order (ECF No. 85) determining that
18   Ross was entitled to reimbursement of $46,524.07 and directing the Clerk of the Court and Finance
19   Department to electronically transfer such funds to Ross; and

20   WHEREAS on May 6, 2024, Ross docketed a request to receive reimbursement from the
21   WBR Set Aside and Future Claimant Set Aside portions of the Court's Registry in the amount of
22   $25,701.47, which request was supported by summary invoices of his defense costs, as required by
23   the Stipulation; and

24   WHEREAS the Court reviewed the summary invoices submitted by Ross, together with
25   any additional information requested, and determined that Ross is entitled to reimbursement of
26   $25,701.47; and

27   ///
28   ///

1    WHEREAS Ross, in connection with his March 5, 2024 pleading, already provided the
2    Court with an executed Form AO 213P (Request for Payee Information and TIN Certification) and
3    IRS Form W-9.
4    WHEREFORE, for the foregoing reasons, the Clerk of the Court is ORDERED to pay the
5    sum of $25,701.47 to Ross Rheingans-Yoo by electronic funds transfer in accordance with the EFT
6    information provided on the Form AO 213P.
7    **IT IS SO ORDERED**. The Finance Department is directed to withdraw the funds.

Dated: 5/8/2024

United States District Judge
Hon. Haywood S. Gilliam, Jr.