JENNIFER RANDLETT MADDEN (SBN 184905)
DELFINO MADDEN O'MALLEY COYLE
& KOEWLER LLP
500 Capitol Mall, Suite 1550
Sacramento, CA  95814
Telephone:     (916) 661-5700
Facsimile:     (916) 661-5701
Email: jmadden@delfinomadden.com

Attorneys for Defendant
ROSS RHEINGANS-YOO

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HISCOX SYNDICATES LIMITED, a Private Limited Liability Company formed in England | Case No.  4:23-cv-04033-HSG |
| Plaintiffs, | **ORDER DIRECTING REIMBURSEMENT FROM COURT'S REGISTRY (as modified)** |
| v. | **No Hearing Unless Requested By Court** |
| SAMUEL BANKMAN-FRIED, NISHAD SINGH, RAMNIK ARORA, CLAIRE WATANABE, HOWARD ANDREW FISHER, AMY WU, ZIXIAO (GARY) WANG, RYAN SALAME, CAN SUN, CONSTANCE ZHE WANG, LUK WAI (JEN) CHAN, NATALIE TIEN, ZANE TACKETT, ZHONGYUAN (DAVID) MA, DANIEL FRIEDBERG, ROBIN MATZKE, PATRICK GRUHN, ROSS RHEINGANS-YOO, NICHOLAS BECKSTEAD, and JONATHAN CHEESMAN | Complaint Filed:          August 9, 2023<br>First Am. Complaint:   August 10, 2023 |
| Defendants. | |

1

WHEREAS Plaintiff Hiscox Syndicates Limited paid the proceeds of a certain insurance policy into the Registry of the Court pursuant to a so-ordered stipulation dated December 21, 2023 (ECF No. 72, "Stipulation")  and

WHEREAS the Stipulation identifies certain Defendants as the "WBR Claimants," each of whom are entitled to reimbursement of defense costs up to one-third of the "WBR Set Aside," as those terms are defined in the Stipulation  and

WHEREAS Ross Rheingans-Yoo ("Ross") is identified in the Stipulation as a WBR Claimant  and

WHEREAS the Stipulation provides that WBR Claimants "shall make requests for distribution of the WBR Set Aside by letter to the Court filed on the docket and attaching summary invoices for the Court's review " and

WHEREAS by pleading filed on March 4, 2024, Ross docketed a request to receive reimbursement from the WBR Set Aside portion of the Court's Registry in the amount of $46,524.07, which request was supported by summary invoices of his defense costs, as required by the Stipulation  and

WHEREAS Ross provided the Court with an executed Form AO 213P (Request for Payee Information and TIN Certification) and IRS Form W-9  and

WHEREAS by Order entered on March 5, 2025, the Court ordered the Clerk of the Court to pay the sum of $46,524.07 to Ross  and

WHEREAS by pleading filed on January 26, 2026, Ross docketed a second request to receive reimbursement from the WBR Set Aside portion of the Court's registry in the amount of $20,142.60, which request was supported by summary invoices of his defense costs, as required by the Stipulation  and

WHEREAS the Court has reviewed the summary invoices submitted by Ross, together with any additional information requested, and determined that Ross is entitled to reimbursement of $20,142.60.

ORDER DIRECTING REIMBURSEMENT                    CASE NO. 4:23-CV-04033-HSG

WHEREFORE, for the foregoing reasons, the Clerk of the Court is ORDERED to pay the sum of $20,142.60 to Ross Rheingans-Yoo by electronic funds transfer in accordance with the EFT information provided on the Form AO 213P. The Finance Department is directed to withdraw the funds.

**IT IS SO ORDERED.**

Dated: ___1/27/2026_____

United States District Judge
Hon. Haywood S. Gilliam, Jr.

ORDER DIRECTING REIMBURSEMENT                    CASE NO. 4:23-CV-04033-HSG